SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
ANA VENTURA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANA VENTURA,

       Plaintiff,

    vs.

YOUDRIVE INC; LIK KWAN YU;
and DOES 1 to 10,

      Defendants.

**Case No.: 2:25-cv-05442-SVW (AJRx)**

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ANA VENTURA ("Plaintiff") and Defendant LIK KWAN YU stipulate that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

\\

\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED: October 21, 2025        SO. CAL. EQUAL ACCESS GROUP


By:    /s/  Jason J. Kim
          Jason J. Kim
          Attorneys for Plaintiff


DATED: October 21, 2025        WEST THEMIS LAW, PC


By:    /s/ Sally S. Chan
          Sally S. Chan, Esq.
          Attorneys for Defendant
          LIK KWAN YU

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**
Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: October 21, 2025            By: /s/ Jason J. Kim
                                              Jason J. Kim

-2-

STIPULATION FOR DISMISSAL